AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17 Civ. 0259 (GPW)

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GPH Partners

was received by me on *(date)* Jan 25, 2017.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Roopmattee (Sattie) Jiram , who is
designated by law to accept service of process on behalf of *(name of organization)* of CT Corporation
GPH Partners LLC on *(date)* Jan. 26, 2017; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ N/A for travel and $ N/A for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 1/26/17

_____
*Server's signature*

Brian Lehman
_____
*Printed name and title*

47-39 Vernon Blvd.
Long Island City
New York, NY 11101
_____
*Server's address*

Additional information regarding attempted service, etc:

State of New York     County of Queens
Subscribed and sworn to (or affirmed) before me
this 26 day of JANUARY 20 1 t
by _____
My Commission Expires Sept 29, 2019   Notary Public

ALEX SIONOV
Notary Public - State of New York
NO. 01SI6099220
Qualified in Queens County
My Commission Expires 09/29/2019